**Glen BROEMER, Appellant,**

v.

**CENTRAL INTELLIGENCE AGENCY; Does 1–20; Laura Wallick; Dawn Broemer, Defendants.**

**No. 00–3192.**

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 30, 2001.

Decided Feb. 2, 2001.

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

PER CURIAM.

Glen Broemer appeals from the district court's [1] pre-service dismissal of his complaint under 28 U.S.C. § 1915(e)(2)(B). Having carefully reviewed the record and Mr. Broemer's appellate brief, we conclude that the dismissal was proper. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.